**William T. BOHANNON, an infant, by his guardian ad litem, O. Raymond Basile, Libellant-Appellant, v. UNITED STATES of America, Respondent-Appellee.**

No. 99, Docket 21811.

United States Court of Appeals
Second Circuit.

Argued Dec. 12, 1950.

Decided Jan. 2, 1951.

George J. Engelman, New York City, for libellant-appellant.

Irving H. Saypol, U. S. Atty., New York City, Joseph M. Brush and Edward C. Kalaidjian, all of New York City, Barry, Wainwright, Thacher & Symmers, of counsel, for respondent-appellee.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Leibell, J., 92 F. Supp. 700.

**Petition of Caroline Lilian BURKE, formerly Sweeny, to be admitted to become a citizen of the United States of America. UNITED STATES of America, Respondent-Appellant, v. Caroline Lilian BURKE, forferly Sweeny, Petitioner-Appellee.**

No. 113, Docket 21827.

United States Court of Appeals
Second Circuit.

Argued Dec. 11, 1950.

Decided Jan. 2, 1951.

Irving H. Saypol, U. S. Atty., New York City, John M. Cunneen, Asst. U. S. Atty., New York City, of counsel, for respondent-appellant.

Gray & Grossman, New York City, Herman A. Gray and Max Grossman, New York City, of counsel, for petitioner-appellee.

Before AUGUSTUS N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Schmidt v. United States, 2 Cir., 177 F.2d 450.